

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2020

No. 04-19-00799-CV

**IN THE INTEREST OF B.R.W., A CHILD**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11037
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Appellant, representing himself, filed a brief on February 10, 2020. Appellant's brief recites alleged facts pertaining to his complaints about his child support enforcement case.

Appellant's brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief does not include the following:

- Table of Contents (that complies with the Rules),
- Index of Authorities,
- Statement of Facts (that complies with the Rules),
- Summary of the Argument,
- Argument,
- an Appendix (that complies with the Rules), or
- Certificate of Compliance.

*See id.* R. 9.4, 9.5, 38.1. The brief has these additional defects.

- No part of the brief contains any citations to the record. *Contra id.* R. 38.1(g) ("The statement [of facts] must be supported by record references."); *id.* R. 38.1(i) ("The brief must contain . . . appropriate citations . . . to the record.").

- The portions of the brief that may be construed as a statement of facts recite alleged facts and complaints, but the brief does not state how the trial court erred or present any legal arguments, with appropriate citations to authorities and the record, to present any legal basis for this court to reverse the trial court's judgment. *Contra* TEX. R. APP. P. 38.1(i).

- The brief does not recite the standard of review and it contains no citations to statutes, rules, or case law. *Contra id.* (requiring "appropriate citations to authorities").

In its current form, Appellant's brief does not present anything for appellate review.

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See id.* R. 38.9(a). We conclude that the defects described above constitute flagrant violations of Rule 38.

Therefore, we STRIKE Appellant's brief and ORDER Appellant to file an amended brief within TEN DAYS of the date of this order. **The amended brief must correct all the violations listed above and fully comply with the applicable rules.** *See, e.g., id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellees' brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court